BEFORE THE THIRD DIVISION, JUNE 21, 1966

**No. P66/119.**—Finnfoods, Inc., and C. H. Timm & Sons, Inc. *v.* United States, protest 65/5249 (New York).

DONLON, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 CCPA 78, C.A.D. 733), the claim of the plaintiffs was sustained.